No. 96–8739.  TORRES v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 96–8742.  TAYLOR v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 96–8748.  LUCIEN v. PETERS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–8757.  SMITH v. IEYOUB, ATTORNEY GENERAL OF LOUISIANA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–8760.  WHITE v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 96–8761.  McBROOM v. FRANKLIN COUNTY BOARD OF ELECTIONS.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 96–8762.  MILLER v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 96–8764.  MATCHETT v. TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 96–8772.  WOLFGRAM v. MILLER ET AL.  C. A. 9th Cir. Certiorari denied.

No. 96–8782.  BROWN v. AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 96–8783.  JARRETT v. W–F DEVELOPMENT CO., INC., ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 96–8788.  LOWE v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 96–8790.  CUMBEE v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 96–8791.  McKAY v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 96–8800.  HUGHEY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.